**Order entered April 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00589-CV

**GREYHOUND LINES, INC., Appellant**

**V.**

**JANIE REEVES, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-09239**

## ORDER

The Court has before it appellee's April 13, 2013 second unopposed motion to extend time for filing appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellee on April 12, 2013 be timely filed as of today's date.

/s/      ELIZABETH LANG-MIERS
          JUSTICE